# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | Plaintiff(s) | |
| **Jonathan P Campbell** | | **CIVIL ACTION** |
| | V. | NO. 1:17-cv-10800-GAO |
| **Nancy A. Berryhill** | Defendant(s) | |

### Social Security Procedural Order

*Judge George A. O'Toole Jr.*

The following procedures govern all actions challenging a final decision of the Commissioner of the Social Security Administration filed under the Social Security Act, 42 U.S.C. §405, unless otherwise ordered by the Court.

**(1) Time for Filing Answer.** Within 60 days after service of the complaint, the Commissioner must serve and file:

**(A)** an answer; and

**(B)** a certified copy of the administrative record, which may be in electronic form.

**(2) Motion for Order Reversing the Commissioner's Decision.** Within 42 days after the Commissioner files an answer, the plaintiff must serve and file:

**(A)** a Motion for Order Reversing the Commissioner's Decision or for other relief; and a supporting memorandum, not to exceed, without leave of the court, 20 pages double spaced.

**(3) Motion for Order Affirming the Commissioner's Decision.** Within 42 days after the plaintiff files the Motion for Order Reversing the Commissioner's Decision, the Commissioner must serve and file:

**(A)** a Motion for Order Affirming the Decision of the Commissioner or for other relief; and a supporting memorandum, not to exceed, without leave of the court, 20 pages double spaced.

**(4) Reply Memorandum.** Within 14 days after the Commissioner files the Motion for Order Affirming the Commissioner's Decision, the plaintiff may serve and file a reply not to exceed 10 pages.

**(5) Further Reply Memorandum.** If the plaintiff raises new issues or arguments in a reply memorandum, the Commissioner may serve and file a sur−reply, not to exceed 10 pages, within 14 days after service of the reply memorandum.

By the Court,

Dated: 05/10/2017

/s/− Taylor Halley
Deputy Clerk